**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6515

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES WILLIAM PAUL SANDERSON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:10-cr-00144-D-1)

_____

Submitted:  October 31, 2023                    Decided:  November 3, 2023

_____

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James William Paul Sanderson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James William Paul Sanderson appeals the district court's order denying his second 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review of the record, we conclude that the district court did not abuse its discretion in determining that sentencing relief was not warranted after considering Sanderson's arguments in light of the relevant 18 U.S.C. § 3553(a) factors. *See United States v. Bethea*, 54 F.4th 826, 831, 834 (4th Cir. 2022) (noting standard of review, determinations district court must make before granting motion, and guideposts for determining whether district court has abused its discretion in considering § 3553(a) factors). Accordingly, we affirm the court's order. *United States v. Sanderson*, No. 7:10-cr-00144-D-1 (E.D.N.C. filed May 2, 2023; entered May 3, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*